AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SECURITIES AND EXCHANGE COMMISSION

*Plaintiff(s)*

v.

TAINO ADRIAN LOPEZ,
ALEXANDER FARHANG MEHR,
MAYA ROSE BURKENROAD,

*Defendant(s)*

Civil Action No. 1:25-cv-24356-RAR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Taino Adrian Lopez
7000 Bahia Beach Boulevard
Las Verandas Building 8, #8371
St. Regis Bahia Beach Resort
Rio Grande, Puerto Rico 00745

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alise Johnson
Securities & Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: 305-982-6385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 23, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SECURITIES AND EXCHANGE COMMISSION

*Plaintiff(s)*

v.

TAINO ADRIAN LOPEZ,
ALEXANDER FARHANG MEHR,
MAYA ROSE BURKENROAD,

*Defendant(s)*

Civil Action No. 1:25-cv-24356-RAR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Alexander Farhang Mehr
358 Calle Luna
San Juan, Puerto Rico 00901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alise Johnson
Securities & Exchange
Commission 801 Brickell Avenue,
Suite 1950 Miami, FL 33131
Telephone: 305-982-6385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 23, 2025

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> TAINO ADRIAN LOPEZ, <br> ALEXANDER FARHANG MEHR, <br> MAYA ROSE BURKENROAD, <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-24356-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Maya Rose Burkenroad
13785 Flora Place, Unit D
Delray Beach, Florida 33484

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alise Johnson
Securities & Exchange
Commission 801 Brickell Avenue,
Suite 1950 Miami, FL 33131
Telephone: 305-982-6385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 23, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts