UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24356-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**TAINO ADRIAN LOPEZ**, *et al.*,

    Defendants.
_____/

**ORDER REQUIRING COMBINED RESPONSES**

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendant Taino Adrian Lopez has waived service of process. *See* Waiver, [ECF No. 4]. However, no proof of service has been filed for Defendants Alexander Farhang Mehr and Maya Rose Burkenroad ("Remaining Defendants"). To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that no Defendant shall file a response or answer until the Remaining Defendants have been served with process. After the Remaining Defendants have been served, all Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond. Plaintiff shall promptly file a return of service after serving each of the Remaining Defendants.

**DONE AND ORDERED** in Miami, Florida, this 29th day of September, 2025.

                                                    **RODOLFO A. RUIZ II**
                                                    **UNITED STATES DISTRICT JUDGE**