UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24356-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

**vs.**

**TAINO ADRIAN LOPEZ,** *et al.,*

    Defendants.

_____/

**PLAINTIFF'S UNOPPOSED MOTION TO STAY IMPENDING DEADLINES**

Plaintiff Securities and Exchange Commission respectfully moves, unopposed, to stay this action and adjourn all deadlines until after the ongoing federal government shutdown has ended, providing that such deadlines are extended equal to the length of the government shutdown, and in support states:

1. On September 23, 2025, the Commission filed its Complaint against Defendants Taino Adrian Lopez, Alexander Farhang Mehr and May Rose Burkenroad ("Defendants") [ECF No. 1].

2. As of October 1, 2025, due to a lapse in appropriations, the federal government has shut down. As a result of the shutdown, most SEC attorneys and employees have been furloughed and are prohibited from working—even on a voluntary basis—except in limited circumstances, which require pre-approval (such as the filing of this motion). *See* 31 U.S.C. § 1342. This lapse continues as of the date of this filing.

3. Consistent with the Court's Order Requiring Combined Responses [ECF No. 5], the waivers of service provided by the Defendants, and the Federal Rules of Civil Procedure,

Defendants' deadline to provide a responsive pleading to the Complaint is currently November 24, 2025.

4. From the time of the filing of the Complaint through the lapse in appropriations, the Parties, which included recently retained counsel for one of the Defendants, were engaged in bona-fide and productive settlement negotiations which, if given the chance to progress and materialize, had the chance to potentially result in a settlement recommendation to the Commissioners in Washington, D.C.  However, since October 1st, counsel of record for the Commission has not been able to engage in these discussions, which would necessarily include the review and sharing of financial analysis and other information, and is unable to do so until the shutdown ends.

5. In an effort to conserve the resources of the Parties and the Court, the Commission therefore respectfully requests that all deadlines be stayed and be extended by the number of days of the shutdown, to begin once the shutdown ends.

## Local Rule 7.1(a)(2) Certificate of Conferral

Counsel for the Commission has conferred with counsel for the Defendants, who state they do not oppose the relief requested herein.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order.

Dated:  October 28, 2025.

                              Respectfully submitted,

By:    */s/ Russell Koonin*
        Russell Koonin
        Senior Trial Counsel
        Fla. Bar No. 474479
        Direct Dial: (305) 982-6390
        E-mail: kooninr@sec.gov

        Attorney for Plaintiff
        **U.S. Securities and Exchange Commission**
        801 Brickell Avenue, Suite 1950
        Miami, Florida 33131
        Telephone: (305) 982-6300