### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CV-24356-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

     Plaintiff,

v.

**TAINO ADRIAN LOPEZ**, *et al.*,

     Defendants.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO STAY
### AND REQUIRING JOINT STATUS REPORT

     **THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion to Stay Impending Deadlines ("Motion"), [ECF No. 12]. On September 13, 2025, Plaintiff filed a Complaint against Defendants. [ECF No. 1]. Pursuant to the Court's Order Requiring Combined Responses, [ECF No. 5], Defendants response or answer to the Complaint is due on November 24, 2025. *See* [ECF No. 11]. Plaintiff has informed the Court that, as a result of the current government shutdown, "most SEC attorneys and employees have been furloughed and are prohibited from working." Mot. at ¶ 2. Further, prior to the government shutdown, the parties "were engaged in bona-fide and productive settlement negotiations which, if given the chance to progress and materialize, had the chance to potentially result in a settlement recommendation to the Commissioners in Washington, D.C." *Id*. at ¶ 4.

     Accordingly, the Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

     **ORDERED AND ADJUDGED** as follows:

     1. Plaintiff's Motion, [ECF No. 12], is **GRANTED**.

2. The case is **STAYED**, and the Clerk of Court is directed to **CLOSE** this case for administrative purposes only.

3. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

4. Plaintiff shall immediately notify the Court once the lapse in appropriations ends. **Thirty (30) days** following this notification, the parties shall provide the Court with a joint status report regarding ongoing settlement discussions.

5. Should the parties fail to resolve this matter, the Court will reopen the case, restore it to the active docket, and set a new deadline for Defendants to file a response or answer to Plaintiff's Complaint.

**DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2025.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**