UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24356-RAR

SECURITIES AND EXCHANGE COMMISSION,

                **Plaintiff,**

vs.

TAINO ADRIAN LOPEZ,
ALEXANDER FARHANG MEHR,
MAYA ROSE BURKENROAD,

                **Defendants.**
_____/

## PLAINTIFF'S NOTICE OF FEDRAL GOVERNMENT REOPENING

Pursuant to the Court's Order Granting Unopposed Motion to Stay and Requiring Joint Status Report, [ECF No. 13] ("Order") Plaintiff notifies the Court that the most recent lapse in appropriations ended on the evening of November 12, 2025, by virtue of the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 (H.R. 5371). Consistent with the Court's Order, the parties will provide the Court with a joint status report regarding ongoing settlement discussions on December 15, 2025.

Dated: November 17, 2025	Respectfully submitted,

/s/ *Russell Koonin*
Russell Koonin
Senior Trial Counsel
Fla. Bar No. 474479
Direct Dial: (305) 982-6390
E-mail: kooninr@sec.gov

Attorney for Plaintiff
**U.S. Securities and Exchange Commission**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154