UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24356-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

**vs.**

**TAINO ADRIAN LOPEZ,** *et al.,*

    Defendants.
_____/

## ORDER REQUIRING SUBSEQUENT JOINT STATUS REPORT

**THIS CAUSE** comes before the Court upon the Parties' Joint Status Report and Motion to Provide Subsequent Status Report ("Motion"). [ECF No. 15]. Pursuant to this Court's Order Granting Unopposed Motion to Stay and Requiring Joint Status Report [ECF No. 13], the Parties provided the Court with their joint status report on December 15, 2025. [ECF. No. 15]. In that status report, the Parties report settlement discussions have been active and productive, and have indicated, with specificity, that they are ongoing.

Accordingly, the Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Motion [ECF No. 15] is **GRANTED.**
2. The case shall remain stayed and administratively closed.
3. All deadlines remain terminated.
4. The Parties shall provide the Court with a subsequent status report on January 16, 2026.

5. Should the parties fail to resolve this matter, the Court will reopen the case, restore it to the active docket, and set a new deadline for Defendants to file a response or answer to Plaintiff's Complaint.

**DONE AND ORDERED** in Miami, Florida, this \_\_\_\_ day of December, 2025.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**