UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24356-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

**vs.**

**TAINO ADRIAN LOPEZ,** *et al.,*

    Defendants.

_____/

**PARTIES' JOINT STATUS REPORT AND
MOTION TO PROVIDE SUBSEQUENT STATUS REPORT**

Plaintiff Securities and Exchange Commission and Defendants Taino A. Lopez, Alexander F. Mehr, and Maya R. Burkenroad (collectively, the "Parties"), pursuant to the Court's Order Granting Unopposed Motion to Stay and Requiring Joint Status Report [ECF No. 13], respectfully submit the following:

1. On September 23, 2025, the Commission filed its Complaint. [ECF No. 1].

2. On October 28, 2025, the Commission filed its Unopposed Motion to Stay Impending Deadlines in light of the government shutdown and that the Parties were engaging in fruitful settlement negotiations prior to the shutdown. [ECF No. 12]. The Court granted the motion, staying the case and administratively closing the case. Consistent with the Court's Order, given when the shutdown ended, the Parties are providing the Court with this status report.

3. Soon after resumption of government operations, the Parties were in contact with each other, via both telephone calls and emails in continuation of settlement discussions. These discussions have been productive.

4. On December 11, 2025, counsel for Defendant Mehr provided a detailed presentation via Zoom, protected under Fed.R.Evid. 408, with supporting financial analysis and documentation to the Commission as to their view on the case.  Mehr's counsel subsequently provided the Fed.R.Evid. 408 documentation it relied on during the presentation, and the Commission is reviewing and taking it under advisement.  At the conclusion of the meeting the Commission and Mehr's counsel calendared a follow up Zoom meeting for January 8, 2025, and agreed to be in contact in the interim.

5. Counsel for Defendant Lopez and Burkenroad are scheduled to provide a similar Fed.R.Evid. 408 presentation to the Commission on December 16, 2025.  And counsel for Lopez and Burkenroad have also scheduled a follow up Zoom meeting with the Commission for January 13, 2026.

6. The Parties respectfully submit that keeping this matter administratively closed is in the best interest of the Parties and for conserving the resources of the Court.  The Parties request they be permitted to continue these settlement negotiations under this current posture and provide another status report to the Court on January 16, 2026.

**Local Rule 7.1(a)(2) Certification of Conferral**

The Parties have conferred and are all in agreement with the relief requested in the proposed Oder.

**WHEREFORE**, for all the foregoing reasons, the Parties respectfully request that this Court enter the attached Proposed Order.

Dated:  December 15, 2025

Respectfully submitted,

| By: /s/ *Russell Koonin* <br> Russell Koonin <br> Senior Trial Counsel <br> Fla. Bar No. 474479 <br> Direct Dial: (305) 982-6390 <br> Email: <br> kooninr@sec.gov <br><br> Attorney for Plaintiff <br> **U.S. Securities and Exchange Commission** <br> 801 Brickell Avenue, Suite 1950 <br> Miami, Florida 33131 <br> Telephone: (305) 982-6300 | By: /s/ *Marty Ready* <br> Marty Ready, Esq. <br> Wilson Elser Moskowitz Edelman & Dicker <br> 401 West A Street, Suite 1900 <br> San Diego, CA 92101 <br> (619) 881-6431 <br> Marty.ready@wilsonelser.com <br><br> **Attorney for Taino Adrian Lopez and Maya Rose Burkenroad** | By: /s/ *Brad Bondi* <br> Brad Bondi, Esq. <br> Gina Cora, Esq. <br> Nicholas Griepsma, Esq. <br> Paul Hastings LLP <br> 20250 M Street NW <br> Washington, DC 20036 <br> (202) 551-0201 <br> bradbondi@paulhastings.com <br> ginacora@paulhastings.com <br> nicholasgriepsma@paulhastings.com <br><br> Paul Thanasides, Esq. <br> Garrett Severson, Esq. <br> McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A. <br> 1228 E 7th Avenue, Suite 100 <br> Tampa, FL 33605 <br> 813.223.0000 <br> paul@mcintyrefirm.com <br> clservice@mcintyrefirm.com <br> complexlit@mcintyrefirm.com <br> garrett@mcintyrefirm.com <br><br> **Attorneys for Alexander Farhang Mehr** |