**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-24356-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

**vs.**

**TAINO ADRIAN LOPEZ,** *et al.,*

      Defendants.

_____/

**PARTIES' SECOND JOINT STATUS REPORT AND**
**MOTION TO PROVIDE SUBSEQUENT STATUS REPORT**

Plaintiff Securities and Exchange Commission and Defendants Taino A. Lopez, Alexander F. Mehr, and Maya R. Burkenroad (collectively, the "Parties"), pursuant to the Court's Order [ECF No. 17], respectfully submit the following:

1.      On December 15, 2025, the Parties provided the Court with a joint status report [ECF No. 15] ("First Status Report").  Consistent with the Parties' First Status Report, the Commission staff did meet as scheduled with counsel for Defendants Lopez and Burkenroad (same counsel) on December 16, 2025, where counsel provided a detailed presentation via Zoom, protected under Fed.R.Evid. 408, with supporting financial analysis and documentation as to their view on the case.

2.      Subsequent to this meeting, both counsel for Defendant Lopez and Burkenroad and counsel for Mehr provided additional documentation in support of their positions.  Counsel for the Defendants have also engaged in email communications since their initial presentations with respect to settlement where the undersigned requested responses to specific inquiries and documentation in support.  Counsel for the Defendants provided responses.

3.     On January 8, 2026, counsel for Defendant Mehr provided their second detailed presentation via Zoom, protected under Fed.R.Evid. 408, with additional supporting financial analysis and documentation as to their view on the case.  The Commission staff and counsel for Defendant Mehr engaged in a fulsome and detailed conversation.  It was very productive.  Counsel for Defendant Mehr subsequently provided additional documentation in support of their position.

4.     Similarly, on January 15, 2026, counsel for Defendants Lopez and Burkenroad provided their second detailed presentation via Zoom, protected under Fed.R.Evid. 408, with additional supporting financial analysis and documentation as to their view on the case.  Similarly, the Commission staff and counsel for Defendants Lopez and Burkenroad engaged in a fulsome and detailed conversation.  It was very productive.  Counsel has since provided additional documentation in support of their position.

5.     The Parties concur that settlement talks which would enable the Commission staff to make a recommendation to the Commissioners in Washington D.C. to resolve this matter in its entirety are progressing.  The Parties also concur that such talks need a finite conclusion.

6.     The Parties therefore respectfully request they be permitted to continue these settlement negotiations under the current posture of the case being administratively closed, and indicate to the Court on or before February 27, 2026, whether the Parties have reached an agreement whereby the Commission staff can make a settlement recommendation to the Commissioners or whether this matter should be placed back on the Court's active docket with deadlines to be reset.

## Local Rule 7.1(a)(2) Certification of Conferral

The Parties have conferred and are all in agreement with the relief requested in the proposed Order.

**WHEREFORE**, for all the foregoing reasons, the Parties respectfully request that this Court enter the attached Proposed Order.

Dated:  January 16, 2026

Respectfully submitted,

| By:/s/ *Russell Koonin*<br>Russell Koonin<br>Senior Trial Counsel<br>Fla. Bar No. 474479<br>Direct Dial: (305) 982 6390<br>Email:<br>kooninr@sec.gov<br><br>Attorney for Plaintiff<br>**U.S. Securities and Exchange Commission**<br>801 Brickell Avenue, Suite 1950<br>Miami, Florida 33131<br>Tel: (305) 982-6300 | By:/s/ *Marty Ready*<br>Marty Ready, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 881-6431<br>Marty.ready@wilsonelser.com<br><br>**Attorney for Taino Adrian Lopez and Maya Rose Burkenroad** | By: /s/ *Brad Bondi*<br>Brad Bondi, Esq.<br>Gina Cora, Esq.<br>Nicholas Griepsma, Esq.<br>Paul Hastings LLP<br>20250 M Street NW<br>Washington, DC 20036<br>(202) 551-0201<br>bradbondi@paulhastings.com<br>ginacora@paulhastings.com<br>nicholasgriepsma@paulhastings.com<br><br>Paul Thanasides, Esq.<br>Garrett Severson, Esq.<br>McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A.<br>1228 E 7th Avenue, Suite 100<br>Tampa, FL 33605<br>813.223.0000<br>paul@mcintyrefirm.com<br>clservice@mcintyrefirm.com<br>complexlit@mcintyrefirm.com<br>garrett@mcintyrefirm.com<br><br>**Attorneys for Alexander Farhang Mehr** |
| --- | --- | --- |