UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24356-RAR

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

**vs.**

TAINO ADRIAN LOPEZ, *et al.,*

    Defendants.

_____/

## PARTIES' THIRD JOINT STATUS REPORT AND MOTION TO PROVIDE SUBSEQUENT STATUS REPORT

Plaintiff Securities and Exchange Commission and Defendants Taino A. Lopez, Alexander F. Mehr, and Maya R. Burkenroad (collectively, the "Parties"), pursuant to the Court's Order [ECF No. 20], respectfully submit the following:

1. The Parties continue to be in active and detailed settlement negotiations. The Parties continue to be engaged in consistent and productive dialogue via Zoom presentations and email communications. There continues to be production of documents based on various issues that have arisen during these discussions. The production of these documents necessarily requires the SEC staff to review them, which often leads to additional inquiries which the Defendants have been amenable to responding to, both via email and additional in-depth Zoom meetings.

2. While the Parties are mindful that these settlement discussions must not be drawn out further than necessary, the Parties need additional time to engage in settlement talks, which include reviewing and discussing detailed financial information. The additional time could

enable the Commission staff to make a recommendation to the Commissioners in Washington D.C. to resolve this matter in its entirety.

3. The Parties therefore respectfully request they be permitted to continue these settlement negotiations under the current posture of the case being administratively closed, and indicate to the Court on or before April 10, 2026, whether the Parties have reached an agreement whereby the Commission staff can make a settlement recommendation to the Commissioners or whether this matter should be placed back on the Court's active docket with deadlines to be reset.

### Local Rule 7.1(a)(2) Certification of Conferral

The Parties have conferred and are all in agreement with the relief requested in the proposed Order.

**WHEREFORE**, for all the foregoing reasons, the Parties respectfully request that this Court enter the attached Proposed Order.


Dated:  February 27, 2026

Respectfully submitted,

| By: /s/ *Russell Koonin*<br>Russell Koonin<br>Senior Trial Counsel<br>Fla. Bar No. 474479<br>Direct Dial: (305) 982 6390<br>Email:<br>kooninr@sec.gov<br><br>Attorney for Plaintiff<br>**U.S. Securities and Exchange Commission** | By: /s/ *Marty Ready*<br>Marty Ready, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 881-6431<br>Marty.ready@wilsonelser.com<br><br>**Attorney for Taino Adrian Lopez and Maya Rose Burkenroad** | By: /s/ *Brad Bondi*<br>Brad Bondi, Esq.<br>Gina Cora, Esq.<br>Nicholas Griepsma, Esq.<br>Paul Hastings LLP<br>20250 M Street NW<br>Washington, DC 20036<br>(202) 551-0201<br>bradbondi@paulhastings.com<br>ginacora@paulhastings.com<br>nicholasgriepsma@paulhastings.com |
|---|---|---|

| 801 Brickell Avenue, Suite 1950 Miami, Florida 33131 Tel: (305) 982-6300 | | Paul Thanasides, Esq. Garrett Severson, Esq. McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A. 1228 E 7th Avenue, Suite 100 Tampa, FL 33605 813.223.0000 paul@mcintyrefirm.com clservice@mcintyrefirm.com complexlit@mcintyrefirm.com garrett@mcintyrefirm.com  **Attorneys for Alexander Farhang Mehr** |
|---|---|---|