**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-24356-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

     Plaintiff,

**vs.**

**TAINO ADRIAN LOPEZ,** *et al.,*

     Defendants.

_____/

**PARTIES' FOURTH JOINT STATUS REPORT AND**
**MOTION TO PROVIDE SUBSEQUENT STATUS REPORT**

Plaintiff Securities and Exchange Commission and Defendants Taino A. Lopez, Alexander F. Mehr, and Maya R. Burkenroad (collectively, the "Parties"), pursuant to the Court's Order [ECF No. 23], respectfully submit the following:

1.     The Parties continue to be in active and detailed settlement negotiations. The Parties continue to be engaged in consistent and productive dialogue via telephone, Zoom, and email communications and exchange of supplemental documents provided upon request.

2.     As the parties continue to work through multiple issues, new issues arise which require a resolution, or, at a minimum, a common understanding, before the Parties can discuss other matters in further detail. To wit, the Commission has made a recent inquiry into critical financial information, and Defendants have each indicated an intent to provide additional documentation and explanation in an attempt to satisfy the Commission as to their respective positions.

3.     While the Parties are mindful that these settlement discussions must not be drawn out further than necessary and that they have taken some time thus far, the Parties need

additional time to engage in settlement talks, which include reviewing and discussing detailed financial information.  The additional time could enable the Commission staff to make a recommendation to the Commissioners in Washington D.C. to resolve this matter in its entirety.

4.      The Parties therefore respectfully request they be permitted to continue these settlement negotiations under the current posture of the case being administratively closed, and indicate to the Court on or before June 5, 2026, whether the Parties have reached an agreement whereby the Commission staff can make a settlement recommendation to the Commissioners or whether this matter should be placed back on the Court's active docket with deadlines to be reset.

### Local Rule 7.1(a)(2) Certification of Conferral

The Parties have conferred and are all in agreement with the relief requested in the proposed Order.

**WHEREFORE**, for all the foregoing reasons, the Parties respectfully request that this Court enter the attached Proposed Order.

Dated:  April 10, 2026

Respectfully submitted,

| By:/s/ *Russell Koonin* | By:/s/ *Marty Ready* | By: /s/ *Brad Bondi* |
|---|---|---|
| Russell Koonin | Marty Ready, Esq. | Brad Bondi, Esq. |
| Senior Trial Counsel | Wilson Elser Moskowitz | Gina Cora, Esq. |
| Fla. Bar No. 474479 | Edelman & Dicker | Nicholas Griepsma, Esq. |
| Direct Dial: (305) 982 6390 | 401 West A Street, Suite 1900 | Paul Hastings LLP |
| Email: | San Diego, CA 92101 | 20250 M Street NW |
| kooninr@sec.gov | (619) 881-6431 | Washington, DC 20036 |
| | Marty.ready@wilsonelser.com | (202) 551-0201 |
| Attorney for Plaintiff | | bradbondi@paulhastings.com |
| | | ginacora@paulhastings.com |
| | | nicholasgriepsma@paulhastings.com |

| | | |
|---|---|---|
| **U.S. Securities and Exchange Commission** 801 Brickell Avenue, Suite 1950 Miami, Florida 33131 Tel: (305) 982-6300 | **Attorney for Taino Adrian Lopez and Maya Rose Burkenroad** | Paul Thanasides, Esq. Garrett Severson, Esq. McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A. 1228 E 7th Avenue, Suite 100 Tampa, FL 33605 813.223.0000 paul@mcintyrefirm.com clservice@mcintyrefirm.com complexlit@mcintyrefirm.com garrett@mcintyrefirm.com **Attorneys for Alexander Farhang Mehr** |