**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-24356-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

**vs.**

**TAINO ADRIAN LOPEZ,** *et al.,*

Defendants.

_____/

## ORDER REQUIRING SUBSEQUENT JOINT STATUS REPORT

**THIS CAUSE** comes before the Court upon the Parties' Fourth Joint Status Report [ECF No. 24] and Motion to Provide Subsequent Status Report ("Motion"). [ECF No. 25]. Pursuant to this Court's Order [ECF No. 23], the Parties provided the Court with their joint status report on April 10, 2026. [ECF. No. 24]. In that status report, the Parties report settlement discussions have been active and productive, and have indicated, with specificity, that they are ongoing.

Accordingly, the Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Motion [ECF No. 25] is **GRANTED.**

2. The case shall remain stayed and administratively closed.

3. All deadlines remain terminated.

4. The Parties shall provide the Court with a subsequent status report on or before June 5, 2026, whereby they must indicate to the Court whether they have reached agreement to enable the Commission staff to make a settlement recommendation to

the Commissioners in Washington D.C., or whether this matter should be placed back on the Court's active docket and deadlines will be reset.

**DONE AND ORDERED** in Miami, Florida, this _____ day of April, 2026.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**