**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-24356-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

     Plaintiff,

**vs.**

**TAINO ADRIAN LOPEZ,** *et al.,*

     Defendants.

_____/

## PARTIES' FIFTH JOINT STATUS REPORT

Plaintiff Securities and Exchange Commission and Defendants Taino A. Lopez, Alexander F. Mehr, and Maya R. Burkenroad (collectively, the "Parties"), pursuant to the Court's Order [ECF No. 23], respectfully submit the following:

1.     The Parties continue to be in active and detailed settlement negotiations.  The Parties continue to be engaged in consistent and productive dialogue via telephone, Zoom, and email communications and exchange of supplemental documents provided upon request.  The negotiations, while complex, have been professional and engaging.  We are near the finish line.

2.     With the Court's indulgence and permission, the Parties will notify the Court by June 30, 2026, whether they have reached a tentative agreement that the Commission staff will be prepared to recommend to the Commissioners in Washington, D.C., or in the alternative, indicate that the Court should reopen the case, restore it to the active docket, and set a new deadline for Defendants to file a response or answer to Plaintiff's Complaint.

### Local Rule 7.1(a)(2) Certification of Conferral

The Parties have conferred and are all in agreement with the above.

Dated:  June 5, 2026

Respectfully submitted,

| By: /s/ *Russell Koonin* | By: /s/ *Marty Ready* | By: /s/ *Brad Bondi* |
|---|---|---|
| Russell Koonin<br>Senior Trial Counsel<br>Fla. Bar No. 474479<br>Direct Dial: (305) 982 6390<br>Email:<br>kooninr@sec.gov<br><br>Attorney for Plaintiff<br>**U.S. Securities and Exchange Commission**<br>801 Brickell Avenue, Suite 1950<br>Miami, Florida 33131<br>Tel: (305) 982-6300 | Marty Ready, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 881-6431<br>Marty.ready@wilsonelser.com<br><br>**Attorney for Taino Adrian Lopez and Maya Rose Burkenroad** | Brad Bondi, Esq.<br>Gina Cora, Esq.<br>Nicholas Griepsma, Esq.<br>Paul Hastings LLP<br>20250 M Street NW<br>Washington, DC 20036<br>(202) 551-0201<br>bradbondi@paulhastings.com<br>ginacora@paulhastings.com<br>nicholasgriepsma@paulhastings.com<br>Paul Thanasides, Esq.<br>Garrett Severson, Esq.<br>McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A.<br>1228 E 7th Avenue, Suite 100<br>Tampa, FL 33605<br>813.223.0000<br>paul@mcintyrefirm.com<br>clservice@mcintyrefirm.com<br>complexlit@mcintyrefirm.com<br>garrett@mcintyrefirm.com<br><br>**Attorneys for Alexander Farhang Mehr** |

2