**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-24356-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

     Plaintiff,

**vs.**

**TAINO ADRIAN LOPEZ,** *et al.,*

     Defendants.

_____/

### PARTIES' SIXTH JOINT STATUS REPORT

Plaintiff Securities and Exchange Commission and Defendants Taino A. Lopez, Alexander F. Mehr, and Maya R. Burkenroad (collectively, the "Parties"), pursuant to the Court's Order [ECF No. 27], respectfully submit the following:

1.     With respect to Defendant Lopez, the Parties have finalized a significant portion of the key elements which Lopez would be willing to sign a Consent to the entry of proposed final judgment, which if accepted by the Commissioners in Washington, D.C., and entered by the Court, would resolve this matter in its entirety as to Lopez. The Parties are working towards finalizing all of the key terms, but one issue remains. The Parties believe they will be able to resolve this last remaining issue and undersigned counsel for the Commission will then be able to present a Consent to final judgment to Lopez.

2.     With respect to Defendant Mehr, the Parties have agreed on all the core terms of the settlement and are finalizing the language of the Consent agreement, which, if accepted by the Commissioners in Washington, D.C., and entered by the Court, would resolve this matter in its entirety as to Mehr.

3.      With respect to Defendant Burkenroad, the Parties have agreed on all the core terms of the settlement.  Undersigned counsel will present a Consent to the entry of proposed final judgment,  which, if accepted by the Commissioners in Washington, D.C., and entered by the Court, would resolve this matter in its entirety as to Burkenroad.

4.      With the Court's indulgence, the Parties respectfully request this matter remain administratively closed and allow the Parties to provide the Court a status update on or before July 15, 2026, as to whether each of the Defendants have executed Consents to final judgment.

<strong><u>Local Rule 7.1(a)(3) Certificate of Conferral</u></strong>

The Parties have conferred and are all in agreement with the above.

Dated:  June 30, 2026

Respectfully submitted,

| By: /s/ *Russell Koonin* | By: /s/ *Marty Ready* | By: /s/ *Brad Bondi* |
|---|---|---|
| Russell Koonin<br>Senior Trial Counsel<br>Fla. Bar No. 474479<br>Direct Dial: (305) 982 6390<br>Email:<br>kooninr@sec.gov<br><br>Attorney for Plaintiff<br>**U.S. Securities and Exchange Commission**<br>801 Brickell Avenue, Suite 1950<br>Miami, Florida 33131<br>Tel: (305) 982-6300 | Marty Ready, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 881-6431<br>Marty.ready@wilsonelser.com<br><br>**Attorney for Taino Adrian Lopez and Maya Rose Burkenroad** | Brad Bondi, Esq.<br>Nicholas Griepsma, Esq.<br>Paul Hastings LLP<br>20250 M Street NW<br>Washington, DC 20036<br>(202) 551-0201<br>bradbondi@paulhastings.com<br>nicholasgriepsma@paulhastings.com<br>Paul Thanasides, Esq.<br>Garrett Severson, Esq.<br>McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A.<br>1228 E 7th Avenue, Suite 100<br>Tampa, FL 33605<br>813.223.0000<br>paul@mcintyrefirm.com<br>clservice@mcintyrefirm.com<br>complexlit@mcintyrefirm.com<br>garrett@mcintyrefirm.com<br>**Attorneys for Alexander Farhang Mehr** |